IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GENE THROWER, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MATRIX WARRANTY SOLUTIONS, INC. d/b/a ELEMENT PROTECTION, VALIANT AUTO LLC d/b/a AUTOMOTIVE SERVICES CENTER, and MICHAEL KASICK<br><br>  Defendants. | CIVIL ACTION FILE NO. 3:19-cv-00066-CAR<br><br>**DEFENDANT MATRIX WARRANTY SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendant Matrix Warranty Solutions, Inc. d/b/a Element Protection ("Matrix") ("Defendant"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(2), respectfully moves the Court to dismiss Plaintiff's First Amended Class Action Complaint for lack of personal jurisdiction. Defendant contemporaneously submits and files herewith its Memorandum in Support of this motion.

WHEREFORE, for the reasons stated in its Memorandum in Support of its Motion to Dismiss, Matrix respectfully requests that the Court grant its Motion to Dismiss and enter an order dismissing the First Amended Class Action Complaint as to Matrix, and further grant Matrix any such other and relief that the Court deems equitable and just.

1

Dated: November 1, 2019

Respectfully Submitted,

MATRIX WARRANTY SOLUTIONS, INC.

By: /s/ *Benjamin I. Fink*
BENJAMIN I. FINK
Georgia Bar No. 261090
MALONE W. ALLEN
Georgia Bar No. 921070
3475 Piedmont Road, N.E., Suite 1100
Atlanta, GA 30305
T: 404-261-7588
F: 404-233-1943
bfink@bfvlaw.com
mallen@bfvlaw.com

and

Joseph P. Bowser, *Pro Hac Vice*
Roth Jackson Gibbons Condlin, PLC
1519 Summit Avenue, Suite 102
Richmond, VA 23230
T: 804-441-8701
F: 804-441-8438
jbowser@rothjackson.com

and

Genevieve C. Bradley, *Pro Hac Vice*
Roth Jackson Gibbons Condlin, PLC
8200 Greensboro Drive, Suite 820
McLean, VA 22102
T: 703-485-3531
F: 703-485-3525
gbradley@rothjackson.com

*Counsel for Defendants Matrix Warranty Solutions, Inc. and Valiant Automotive LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, the foregoing Motion to Dismiss was filed through the Court's electronic filing system and will be sent electronically to the parties via the Court's electronic filing system.

Anthony I. Paronich, *Pro Hac Vice*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
T: (617) 738-7080
anthony@paronichlaw.com

and

Andrew W. Heidarpour, *Pro Hac Vice*
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, 190-318
Washington, DC 20004
T: (202) 234-2727
aheidarpour@hlfirm.com

and

Steven H. Koval
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA 30305
T: (404) 513-6651
shkoval@aol.com

*Counsel for Plaintiff*

and

James J. Leonard
Adam Gajadharsingh
BARNES & THORNBURG LLP
3475 Piedmont Road N.E., Suite 1700
Atlanta, GA 30305
T: (404) 846-1693

jimleonard@btlaw.com
adam.gajadharsingh@btlaw.com

and

David P. Reiner, *Pro Hac Vice*
Reiner & Reiner, P.A.
One Datran Center
9100 South Dadeland Blvd., Suite 901
Miami, FL 33156
T: (305) 670-8282
dpr@reinerslaw.com

*Counsel for Defendant Michael Kasick*


                                        */s/ Benjamin I. Fink*
                                        BENJAMIN I. FINK