IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GENE THROWER, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MATRIX WARRANTY SOLUTIONS, INC. d/b/a ELEMENT PROTECTION, VALIANT AUTO LLC d/b/a AUTOMOTIVE SERVICES CENTER, and MICHAEL KASICK<br><br>   Defendants. | CIVIL ACTION FILE NO. 3:19-cv-00066-CAR<br><br>**DEFENDANT VALIANT AUTO LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendant Valiant Auto LLC d/b/a Automotive Services Center ("Valiant") ("Defendant"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss Plaintiff's First Amended Class Action Complaint for failure to state a claim on which relief can be granted. Defendant contemporaneously submits and files herewith its Memorandum in Support of this motion.

WHEREFORE, for the reasons stated in their Memorandum in Support of its Motion to Dismiss, Valiant respectfully requests that the Court grant its Motion to Dismiss and enter an order dismissing the First Amended Class Action Complaint as to Valiant, and further grant Valiant any such other and relief that the Court deems equitable and just.

Dated: November 1, 2019								Respectfully Submitted,

											VALIANT AUTO LLC

											By: */s/ Benjamin I. Fink*
											BENJAMIN I. FINK
											Georgia Bar No. 261090
											MALONE W. ALLEN
											Georgia Bar No. 921070
											3475 Piedmont Road, N.E., Suite 1100
											Atlanta, GA 30305
											T: 404-261-7588
											F: 404-233-1943
											bfink@bfvlaw.com
											mallen@bfvlaw.com

											and

											Joseph P. Bowser, *Pro Hac Vice*
											Roth Jackson Gibbons Condlin, PLC
											1519 Summit Avenue, Suite 102
											Richmond, VA 23230
											T: 804-441-8701
											F: 804-441-8438
											jbowser@rothjackson.com

											and

											Genevieve C. Bradley, *Pro Hac Vice*
											Roth Jackson Gibbons Condlin, PLC
											8200 Greensboro Drive, Suite 820
											McLean, VA 22102
											T: 703-485-3531
											F: 703-485-3525
											gbradley@rothjackson.com

											*Counsel for Defendants Matrix Warranty Solutions, Inc. and Valiant Automotive LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, the foregoing Motion to Dismiss was filed through the Court's electronic filing system and will be sent electronically to the parties via the Court's electronic filing system.

    Anthony I. Paronich, *Pro Hac Vice*
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    T: (617) 738-7080
    anthony@paronichlaw.com

    and

    Andrew W. Heidarpour, *Pro Hac Vice*
    HEIDARPOUR LAW FIRM, PPC
    1300 Pennsylvania Avenue NW, 190-318
    Washington, DC 20004
    T: (202) 234-2727
    aheidarpour@hlfirm.com

    and

    Steven H. Koval
    3575 Piedmont Road
    Building 15, Suite 120
    Atlanta, GA 30305
    T: (404) 513-6651
    shkoval@aol.com

    *Counsel for Plaintiff*

    and

    James J. Leonard
    Adam Gajadharsingh
    BARNES & THORNBURG LLP
    3475 Piedmont Road N.E., Suite 1700
    Atlanta, GA 30305
    T: (404) 846-1693

jimleonard@btlaw.com
adam.gajadharsingh@btlaw.com

and

David P. Reiner, *Pro Hac Vice*
Reiner & Reiner, P.A.
One Datran Center
9100 South Dadeland Blvd., Suite 901
Miami, FL 33156
T: (305) 670-8282
dpr@reinerslaw.com

*Counsel for Defendant Michael Kasick*

                                        */s/ Benjamin I. Fink*
                                        BENJAMIN I. FINK