IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| GENE THROWER, individually and on behalf of others similarly situated, | : | CIVIL ACTION FILE NO. 3:19-cv-00066-CAR |
| Plaintiff, | : | |
| v. | : | |
| MATRIX WARRANTY SOLUTIONS, INC. d/b/a ELEMENT PROTECTION, VALIANT AUTO LLC d/b/a AUTOMOTIVE SERVICES CENTER, and MICHAEL KASICK | : | |
| Defendants. | : | |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and they intend to file a stipulation of dismissal within thirty days.

Dated: February 1, 2021

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Steven H. Koval
Attorney for Plaintiff
Georgia Bar No. 428905
THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA 30305
Telephone: (404) 513-6651

Facsimile: (404) 549-4654
Steve@KovalFirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on this 1st day of February, 2021 on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich