# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| GENE THROWER, individually and on behalf of others similarly situated, | : :  : CIVIL ACTION FILE NO. 3:19-cv-00066-CAR |
| Plaintiff, | : : |
| v. | : : |
| MATRIX WARRANTY SOLUTIONS, INC. d/b/a ELEMENT PROTECTION, VALIANT AUTO LLC d/b/a AUTOMOTIVE SERVICES CENTER, and MICHAEL KASICK | : : : : : : |
| Defendants. | : : |

## STIPULATION OF DISMISSAL

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntarily dismissal by Plaintiff Gene Thrower of all of his claims against the defendants with prejudice, each party to pay their own fees and costs. The putative class claims are dismissed without prejudice.

Dated: February 16, 2021

                                   Respectfully,

| | |
|---|---|
| By: /s/ Benjamin I. Fink | By: /s/ Anthony I. Paronich |
| Benjamin I. Fink<br>BERMAN FINK VAN HORN P.C.<br>Georgia Bar No. 261090<br>3475 Piedmont Road, Suite 1100<br>Atlanta, Georgia 30305<br>T: 404-261-7588 F: 404-233-1943<br>bfink@bfvlaw.com | Anthony I. Paronich (pro hac vice)<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>[o] (617) 485-0018; [f] (508) 318-8100<br>anthony@paronichlaw.com |

Joseph P. Bowser, Pro Hac Vice
Roth Jackson Gibbons Condlin, PLC
1519 Summit Avenue, Suite 102
Richmond, VA 23230
T: 804-441-8701; F: 804-441-8438
jbowser@rothjackson.com

*Counsel for Defendant Valiant Auto LLC
d/b/a Automotive Services Center*

JAMES J. LEONARD
Georgia Bar No. 446655
ADAM GAJADHARSINGH
Georgia Bar No. 266978
Barnes & Thornburg LLP
3475 Piedmont Road N.E., Suite 1700
Atlanta, Georgia 30305
Tel: (404) 846-1693; Fax: (404) 264-4033
Email: jim.leonard @btlaw.com
Email: adam.gajadharsingh@btlaw.com

REINER & REINER, P.A.
Attorneys for Defendant Michael Kasick
9100 So. Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
E-mail:   dpr @reinerslaw.com

By:/s/ David P. Reiner, II, Esq.
DAVID P. REINER, II; FBN 416400

*Attorneys for Defendant Michael Kasick*

Steven H. Koval
Georgia Bar No. 428905
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA 30305
Tel: (404) 513-6651; Fax: (404) 549-4654
shkoval@aol.com

*Attorneys for Plaintiff, individually
and/on behalf of others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 16th day of February, 2021 on all counsel of record via the Court's CM/ECF system.

2

             */s/ Anthony I. Paronich*
             Anthony I. Paronich